Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

Attorneys for Defendant
Best Buy Stores, L.P.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MURPHY, GREG MASTERS and ROBERTA WEISS, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DIRECTV, INC., a California corporation; DIRECTV MERCHANDISING, INC., a Delaware corporation; DIRECTV ENTERPRISES, LLC, a Delaware limited liability company; DIRECTV HOLDINGS LLC, a Delaware limited liability company; THE DIRECTV GROUP, INC., a Delaware corporation; BEST BUY STORES, L.P., a Virginia Corporation, <br><br> Defendants. | Case No.  2:07-cv-06465-AG-VBKx <br><br> Assigned to: <br> The Hon. Andrew Guilford <br><br> **JUDGMENT** <br><br><br> Complaint Filed: March 1, 2010 <br> SAC Filed:          July 7, 2010 <br><br> Trial Date:           September 20, 2011 |

TO ALL INTERESTED PERSONS AND PARTIES:

WHEREAS on February 11, 2011 the Court issued its Minute Order Granting Defendant Best Buy's Motion to Dismiss (Dkt. 237);

WHEREAS Plaintiffs appealed that Order (Dkt 385), but abandoned their appeal as to that Order by failing to raise it in their Opening Brief leaving only Roberta Weiss as a plaintiff in the case, as was expressly noted by the Court of Appeals in footnote 1 of its Opinion in *Murphy v. DirecTV, Inc.*, 724 F.3d 1218, 1223 (9th Cir. 2013), which reads as follows:

> In a pair of February 11, 2011 minute orders, the district court granted motions to dismiss filed by DirecTV and Best Buy, eliminating several of Plaintiffs' claims from the lawsuit. Plaintiffs referenced these minute orders in their Notice of Appeal, but did not raise them in their Opening Brief. Therefore, we do not review those minute orders. See *Bell v. City of Boise*, 709 F.3d 890, 896 n.8 (9th Cir. 2013). However, as a result of those orders, Roberta Weiss (a California resident) is the only named plaintiff with remaining claims pending against Best Buy.

WHEREAS Defendants Best Buy Stores, L.P. ("Best Buy") filed a Motion for Summary Judgment (Motion Dkt. No. 404) on June 9, 2014 seeking judgment on the only remaining claims in the litigation, those of Roberta Weiss;

WHEREAS the Court held a hearing on that motion on July 21, 2014 at which counsel for all parties appeared;

WHEREAS the Court carefully considered the papers submitted in support of and opposition to the motion, and the arguments of counsel at the hearing; and

WHEREAS on October 9, 2014 the Court issued its Order Granting Defendant Best Buy's Motion For Summary Judgment (Motion Dkt. No. 424); and

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

JUDGMENT shall be entered in favor of Defendant Best Buy Stores, L.P. and against plaintiff Roberta Weiss, that Plaintiff Roberta Weiss shall recover nothing,

that the action shall be dismissed on the merits, and that as the prevailing party Defendant Best Buy Stores L.P. shall recover costs from Plaintiff Roberta Weiss.

IT IS SO ORDERED.

Dated: December 11, 2014      By:_____
                                The Honorable Andrew Guilford
                                United States District Judge